IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| JEFF DRAKE LOGGING COMPANY, LLC   ) | |
|        ) | |
|    Plaintiff,   ) | |
|        ) | |
| v.   ) | Case No. 1:24-cv-01125-JDB-jay |
|        ) | |
| A.D. TRANSPORT, INC. and   ) | |
| TAHA TAHER,   ) | |
|        ) | |
|    Defendants.   ) | |

ORDER DIRECTING PARTIES TO ADVISE COURT

On June 19, 2024, Defendants, A.D. Transport, Inc. and Taha Taher, filed a notice of removal of this action from the Circuit Court in Madison County, Tennessee to the United States District Court for the Western District of Tennessee, Eastern Division. (Docket Entry ("D.E.") 1.) Each Defendant filed an answer to the complaint on July 10, 2024. (D.E.s 9 & 10.) The July 18, 2024, scheduling order set the following deadlines and trial date, among others:

| | |
|:---:|:---:|
| Joinder of Parties | 9/16/2024 |
| Amended Pleadings | 9/16/2024 |
| ADR Deadline | 10/10/2024 |
| Discovery Deadline | 4/15/2025 |
| Dispositive Motions Deadline | 5/31/2025 |
| Trial Date | 10/14/2025 |

The parties informed the Court on August 29, 2024, via mediation certification, that the case had not settled but that they may schedule a session at a later date. (Docket Entry 17.) Since that date,

1

no further action has been taken in this matter. The parties are therefore DIRECTED to file a joint status report within fourteen days of entry of this order.

    IT IS SO ORDERED this 1st day of July 2025.

                                                      s/ J. DANIEL BREEN
                                                      UNITED STATES DISTRICT JUDGE