IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
JACKSON DIVISION

| | |
|---|---|
| **JEFF DRAKE LOGGING COMPANY, LLC,** | ) ) ) |
| **Plaintiff,** | ) ) |
| v. | ) ) ) |
| **A.D. TRANSPORT, INC. and TAHA TAHER,** | ) ) ) ) |
| **Defendants.** | ) ) |

Case No. 1:24-cv-01125-JDB-jay

Judge J. Daniel Breen

Magistrate Judge Jon A. York

Jury Demand

## STIPULATION OF DISMISSAL

Plaintiff Jeff Drake Logging Company, LLC ("Plaintiff") and Defendants A.D. Transport, Inc. and Taha Taher ("Defendants") (Plaintiff and Defendants collectively "the Parties"), by and through their respective counsel, and as evidenced by their signatures below, hereby stipulate to the dismissal of all claims asserted by Plaintiff against Defendants in this action.

Respectfully submitted,

/s/ Peter C. Robison
Peter C. Robison, BPR #27498
LEWIS THOMASON, P.C.
424 Church Street, Suite 2500
P.O. Box 198615
Nashville, TN 37219
Phone: 615-259-1366
PRobison@lewisthomason.com

*Counsel for Defendants A.D. Transport, Inc. and Taha Taher*

*/s/ Blake M. Tims (by permission Peter Robison)*
Mr. Bradford D. Box, BPR #16596
Mr. Blake M. Tims, BPR #40511
RAINEY, KIZER, REVIERE & BELL, P.L.C.
209 East Main Street
P.O. Box 1147
Jackson, TN 38302-1147
bbox@raineykizer.com
btims@raineykizer.com
*Counsel for Plaintiff Jeff Drake Logging Company, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on this the 14th day of July, 2025, a copy of the foregoing Joint Notice of Resolution was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

Mr. Bradford D. Box
Mr. Blake M. Tims
RAINEY, KIZER, REVIERE & BELL, P.L.C.
209 East Main Street
P.O. Box 1147
Jackson, TN 38302-1147
bbox@raineykizer.com
btims@raineykizer.com
*Counsel for Plaintiff*

    */s/ Peter C. Robison*
    Peter C. Robison

2