UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

---

JEFF DRAKE LOGGING COMPANY, LLC,

    Plaintiff,

v.

A.D. TRANSPORT, INC, ET AL.,

    Defendants.

JUDGMENT IN A CIVIL CASE

NO. 1:24-cv-01125-JDB-jay

---

IT IS ORDERED AND ADJUDGED that in accordance with the STIPULATION of Dismissal entered on July 14, 2025, this cause is hereby DISMISSED.

APPROVED:

s/ J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

DATE: July 14, 2025

WENDY R. OLIVER
Clerk of Court

s/Maurice Bryson
(By)   Deputy Clerk